Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Phonesavane Teresa Souratha

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHONESAVANE TERESA SOURATHA, | ) Case No.: 13-cv-00865-PJW |
| | ) |
| | ) {PROPOSED} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| Plaintiff, | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) AND COSTS PURSUANT TO 28 |
| CAROLYN W. COLVIN, Acting | ) U.S.C. § 1920 |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,050 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
DATE:  May 29, 2014

/S/ PATRICK J. WALSH
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-