1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Phonesavane Teresa Souratha
6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| PHONESAVANE TERESA SOURATHA, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 13-cv-00865 PJW <br><br> [~~PROPOSED~~] ORDER ON MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) |

The Court hereby awards to Brian C. Shapiro attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $21,177.70.  The Court orders Brian C. Shapiro to reimburse Phonesavane Teresa Souratha the amount of $3,050.00 for EAJA fees previously paid by the Commissioner.

IT IS SO ORDERED.

DATE:  August 17, 2016

*Patrick J. Walsh*
_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-